NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3133

LEONARD M. MACHULAS,

Petitioner,

v.

DEPARTMENT OF THE AIR FORCE,

Respondent.

Petition for review of the Merit Systems Protection Board in
PH3443070282-B-1.

ON MOTION

## O R D E R

Leonard M. Machulas moves for reconsideration of the court's April 9, 2009 order dismissing his petition for review for failure to submit a Fed. Cir. R. 15(c) statement concerning discrimination.

Machulas has now submitted the Rule 15(c) form.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted, the mandate is recalled, and the petition for review is reinstated.

(2)     The Department of the Air Force should calculate the due date for its brief from the date of filing of this order.

FOR THE COURT

APR 23 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 23 2009

JAN HORBALY
**CLERK**

cc:   Leonard P. Machulas
       Joseph A. Pixley, Esq.

s17

2009-3133                                          2